IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KODY WALSH, | ) |
| | ) |
|        Plaintiff, | ) |
| | ) |
| vs. | )   Case No. 3:19-cv-00384-SMY |
| | ) |
| JUSTIN KEMPFER, et al., | ) |
| | ) |
|        Defendants. | ) |

| | |
|---|---|
| LUIS PADIN, | ) |
| | ) |
|        Plaintiff, | ) |
| | ) |
| vs. | )   Case No. 3:19-cv-00504-SMY |
| | ) |
| JUSTIN KEMPFER, et al., | ) |
| | ) |
|        Defendants. | ) |

## MEMORANDUM AND ORDER

**YANDLE, District Judge:**

This matter comes before the Court on the Motion to Consolidate Solely for Discovery Purposes (Doc. 122) filed by Defendants Justin Kempfer, George Dudzinski, Bradley Warhausen, Dane Walls, John Powell, Christopher Roth, John Caraway, Joshua Meade, Wesley Cowan, Sean Starkweather, Tyler Jones, and Lance Phelps. Defendants seek to consolidate this case with *Padin v. Kempfer*, No. 3:19-cv-00504-SMY. Plaintiffs have not filed an objection to the motion.

Pursuant to Federal Rule of Civil Procedure 42(a), a court may consolidate actions when they "involve a common question of law or fact." Kody Walsh and Luis Padin allege violations of their civil rights arising from the same series of events at Menard Correctional Center. Both cases involve a challenge to the same constitutional rights and concern the same questions of fact

and law.

Accordingly, Defendant's Motion to Consolidate Solely for Discovery Purposes (Doc. 122) is **GRANTED** and Case Numbers 3:19-cv-00384-SMY and 3:19-cv-00504-SMY are hereby **CONSOLIDATED** for discovery purposes.  The Clerk of Court is **DIRECTED** to file a copy of this Order in Case Numbers 3:19-cv-00384-SMY and 3:19-cv-00504-SMY.

**IT IS SO ORDERED.**

**DATED:  July 21, 2021**

*s/ Staci M. Yandle*
**STACI M. YANDLE**
**United States District Judge**