THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| KODY WALSH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 3:19-cv-00384-SMY-GCS |
| | ) | |
| JUSTIN KEMPFER, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| LUIS PADIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 3:19-cv-00504-SMY |
| | ) | |
| JUSTIN KEMPFER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

**SISON, Magistrate Judge:**

This matter came before the Court for hearing on December 8, 2021 on the Second Motion to Compel Third Party Federal Respondents (Doc. 172). In reaching a partial resolution of the motion to compel, the parties reached an agreement regarding the oral and written statements of Plaintiff's Kody Walsh and Luis Padin, who are victims connected to an open criminal investigation. In order to facilitate the release of those statements, the parties requested the entry of a court order authorizing the release under the Privacy Act, 5 U.S.C. § 552a. The Court granted the request and the parties were directed to submit a proposed order. Having reviewed the docket and the proposed order, the Court orders as follows:

Pursuant to 5 U.S.C. § 552a(b)(11), the Federal Bureau of Investigation is authorized to release to Plaintiff and Defendants the videorecorded interviews of Plaintiffs Kody Walsh and Luis Padin taken by the FBI, as well as the written reports of those interviews.

**IT IS SO ORDERED.**

**DATED:  January 14, 2022.**

Digitally signed by Judge Sison 2
Date: 2022.01.14 15:44:48 -06'00'

**GILBERT C. SISON**
**United States Magistrate Judge**